BLANCHE T. EYERS v. STATE OF NEW JERSEY, BOARD OF TRUSTEES, PUBLIC EMPLOYEES' RETIREMENT SYSTEM.

May 18, 1981.

Petition for certification granted.

STATE OF NEW JERSEY v. STEVEN MORRIS.

May 18, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN J. KEEN.

May 18, 1981.

Petition for certification denied.

STATE OF NEW JERSEY, CITY OF NEWARK v. BUCK BARNES.

May 18, 1981.

Petition for certification denied.